Scottlynn J Hubbard, SBN 212970
Khushpreet R. Mehton, SBN 276827
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Michael Rocca

Leonard C. Hart Nibbrig, SBN 148437
455 Capitol Mall, Suite 330-D
Sacramento, CA 95814-4422
Telephone: (916) 443-6355
Facsimile: (916) 443-6950
Email: lhartnib@aol.com

Attorney for Defendants American Meals, Inc.
and J & R Investment Co., LLC

United States District Court

Eastern District Of California

| | |
|---|---|
| Michael Rocca, | Case No. 1:16-cv-00680-LJO-SKO |
| Plaintiff, | **Joint Stipulation for Dismissal and Order Thereon** |
| v. | |
| American Meals, Inc. dba Denny's #7098; J&R Investment Company, LLC, | |
| Defendants. | |

*Rocca v. American Meals, Inc., et al.*                                              Case No. 1:16-cv-00680-LJO-SKO
Joint Stipulation for Dismissal and Order Thereon
Page 1

TO THE COURT AND ALL PARTIES:

    Plaintiff Michael Rocca and defendants American Meals, Inc. dba Denny's #7098 and J & R Investment Co., LLC, hereby stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: December 13, 2016    Disabled Advocacy Group, APLC

      /s/   *Scottlynn J Hubbard*
    Scottlynn J Hubbard
    Attorneys for Plaintiff Michael Rocca

Dated: December 13, 2016

      /s/   *Leonard C. Hart Nibbrig*
    Leonard C. Hart Nibbrig
    Attorneys for Defendants American Meals, Inc.
    and J & R Investment Co., LLC

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 1:16-cv-00680-LJO-SKO, is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:  **December 14, 2016**      /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE

*Rocca v. American Meals, Inc., et al.*    Case No. 1:16-cv-00680-LJO-SKO
Joint Stipulation for Dismissal and Order Thereon
Page 2